IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARC SARDELLA-LAGOMARSINO,

    Petitioner,   No. 2:12-cv-1866 GGH P

  vs.

GARY SWARTHOUT,   ORDER

    Respondent.

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This case is before the undersigned pursuant to petitioner's consent. Doc. 6.  Petitioner challenges the 2010 denial of parole by the Board of Parole Hearings (BPH).  However, court records indicate that in an earlier matter, Sardella-Lagomarsino v. Swarthout, 2:12-cv-0882 GEB KJN P, petitioner has also filed a petition challenging the 2010 denial of parole by the BPH.[1]  Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Magistrate Judge who considered the prior petition.

      The parties should be aware that reassigning this action under Local Rule 190(d) merely has the result that the action is assigned to the Judge who considered the prior petition; no consolidation of the actions is effected.

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

Accordingly, IT IS HEREBY ORDERED that:

1. This action is reassigned to Magistrate Judge Newman for all further proceedings; henceforth, the caption on documents filed in this action shall be shown as No. 2:12-cv-1866 KJN P; and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: August 23, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
sard1866.dis