IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARC SARDELLA-LAGOMARSINO,

    Petitioner,                        No. 2:12-cv-1866 KJN P

    vs.

GARY SWARTHOUT, Warden, et al.,

    Respondent.                    ORDER

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request for leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915, and Rule 3, Rules Governing Section 2254 Cases in the United States District Courts.  However, petitioner has utilized the wrong form for seeking in forma pauperis status in this district, and has not filed "a certificate from the warden or other appropriate officer of [his] place of confinement showing the amount of money or securities that the petitioner has in any account in the institution."  Id., Rule 3(a)(2).  Therefore, petitioner will be provided the opportunity to submit a new completed application to proceed in forma pauperis, together with the required certificate, or a certified copy of petitioner's prison trust fund account statement for the preceding six-month period.  See 28 U.S.C. § 1915(a)(2).

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days after the filing date of this order, a completed application to proceed in forma pauperis, as used in this district, that includes the required certificate or a certified copy of petitioner's prison trust fund account statement for the preceding six-month period; or the appropriate filing fee ($5.00).

2. The Clerk of Court shall send petitioner, with service of this order, a copy of the in forma pauperis application used by prisoners in this district.

3. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

SO ORDERED.

DATED: September 17, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sard1886.101a.hc